UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X   21 MC 102 (AKH)

   Hon. Alvin K. Hellerstein,
   U.S.D.J.

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

   **RULE 7.1 STATEMENT OF**
   **TULLY CONSTRUCTION**
   **CO., INC.**

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tully Construction Co., Inc. certifies that Tully Construction Co., Inc. is a privately held company and that no parent corporation or publicly held corporation owns any interest therein.

Dated: Newark, New Jersey    PATTON BOGGS LLP
       August 6, 2007

   By: _____/s_____
       James E. Tyrrell, Jr. (JT-6837)
       One Riverfront Plaza, 6th floor
       Newark, NJ 07102
       (973) 868-5600
       JTyrrell@PattonBoggs.com

   *Attorneys for defendant* Tully Construction Co., Inc.